UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  DEC 10 2018
WILLIAM W. BLEVINS
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO: 18-86 |
| v. | * | |
| CARLOS ALBERTO ZELAYA ROJAS | * | SECTION: "F" (1) |

\* \* \*

## NOTICE OF CHANGE OF ADDRESS

Dear Clerk:

Please note the following address change:

New Address:

**Mario Roberto Zelaya Rojas**

**Preventive Detention Facility located inside the First Battalion of Infantry**

**Ocotal Village, Francisco Morazán**

**Honduras, Central America, 11101**

**Mobile: (504) 9500-1352 (Fernando Zelaya, Brother)**

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this

Document on all counsel of record either in person

Or by mailing it postage prepaid on this

1 December, 2018

_____
Mario Roberto Zelaya Rojas

Submitted by:

_Mario Zelaya_

_December 1, 2018_
Date

TENDERED FOR FILING

DEC 10 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Fee_____
Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

MARIO ROBERTO ZELAYA ROJAS
CENTRO DE DETENCION PREVENTIVO
Preventive Detention Facility
PRIMER BATALLON DE INFANTERIA
First Battalion of Infantry
EL OCOTAL, FRANCISCO MORAZAN
F.M. Honduras, Central America
Zip 11101

United States
District Cort
Eastern District
of Louisiana
500 Poydras Street
New Orleans, LA 70130
U.S.A.


