**UNITED STATES DISTRICT COURT**   **RE: CRIMINAL DOCKET NO. 18-86**

**EASTERN DISTRICT OF LOUISIANA**   **SECTION F (1)**

**UNITED STATES OF AMERICA**

**V**

**CARLOS ALBERTO ZELAYA ROJAS**

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED DEC 27 2018
WP
WILLIAM W. BLEVINS
CLERK

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

### PETITION REGARDING NOTICE OF HEARING

With all due respect I address the Court regarding the Notice of Hearing programmed for January 9, 2018, at 1:30 pm.

A copy of this Notice of Hearing for me was delivered to my family's actual address in 717 Heavens Drive, apart. 8, Mandeville, Louisiana, 70471, place where I don't live due to circumstances I have exposed to the Court and are of knowledge of trial Attorney Michael B. Redmann and Margaret Grunstra since Mr. Redmann sent me the first Notice of Forfeiture and Third-Party Claimant Procedure document on August 7, 2018 through the Public Ministry of Honduras to the Preventive Detention Center located in the First Battalion of Infantry in El Ocotal, Francisco Morazán, Honduras, Central America where I have been held in custody since September 9, 2014, so there is no reason to try to notify me personally at my family's address.

I already explained why the address of 717 Heavens Drive, apart. 8, Mandeville, Louisiana, 70471, was in the envelope I sent my claim in regarding the Frist Notice of Forfeiture, claim in which I clearly exposed my whereabouts in the second paragraph.

Nevertheless, I sent the Court the Notice of Change of Address.

TENDERED FOR FILING
DEC 27 2018
U.S. DISTRICT COURT
ina

Having said this, I respectfully ask the Court to give the instructions to whoever is in charge to make sure that I can exercise my right to defense regarding this matter and allow me to participate via teleconference from any place in Tegucigalpa,

Honduras, that the Court could consider. The arrangement could be done through the Public Ministry based in Articles 82 and 90 of the Constitution of Honduras and Articles 1, 8, 9, 17.1, 19, 21.1, 21.2, 24 and 25 of the American Convention of Human Rights.

I also respectfully request that the Court permits me to use for my defense in the mentioned hearing the following:

1. Complete copy of the file 18-81-2015 used in trial of January-March 2018
2. Transcripts of depositions of Oscar Roberto Lainez Reina and Jorge Daniel Herrera of September 2015.
3. Information regarding company Central American Technologies Inc.
4. Audio fragments of the recordings of the trial in Honduras January-march 2017.
5. First Notice of Forfeiture and Third-Party Claimant Procedure document.
6. Document of motion to strike Third-Party petitions and Issue Final Order of Forfeiture.
7. Fragment of audio recording in trial of June, 2017, file 8-33-2015 (testimony of Jorge Herrera).
8. Fragment of audio recording in trial of June, 2017, file 8-33-2015 (testimony of Oscar Lainez).
9. Document dated June 7, 2018, provided to the Tribunal de Sentencia by Nelson Del Cid Guardado.
10. The rest of the documents I sent as proof to the Court along with my claim.

It is of the best interest to clear all this matter up for the sake of my entire family.

Sincerely,

Mario Roberto Zelaya Rojas

**I certify that a copy of the present document was sent to Mr. Michael Redmann**

PLEASE ATTACH THESE COMPLEMENTARY PROOF TO THE PETITION I SENT TO THAT COURT ON DECEMBER 4, 2018, "RESPONSE TO AND PETITION TO DISMISS MOTION TO STRIKE THIRD-PARTY PETITIONS AND ISSUE OF FINAL ORDER OF FORFEITURE"

TENDERED FOR FILING

DEC 27 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk



Exp. 60-14
Juez. 1

3020
FOLIO No.

JUZGADO DE LETRAS PENAL CON JURISDICCIÓN NACIONAL

Tegucigalpa, M.D.C.,

24 de Abril del 2015.

Señor Director:
Policía Militar de Orden Publico
Su Oficina.

Por medio de la presente y con instrucciones de éste Despacho de Justicia sírvase ordenar a quien corresponda, **DAR INMEDIATA CAPTURA**, a los señores: 1.- MARCO ANTONIO JAEN VELASCO, (Inversiones Inmobiliarias y Turísticas NOVATERRA S. de R.L.), por el delito de LAVADO DE ACTIVOS en perjuicio de LA ECONOMÍA DEL ESTADO.

2) SUSETTE ATUAN ROJAS (Empleada del IHSS); por el delito de LAVADO DE ACTIVOS en perjuicio de LA ECONOMÍA DEL ESTADO.

3) VIVIAN MELISSA JUAREZ FIALLOS (Ex tesorera del IHSS); por los delitos de VIOLACIÓN DE LOS DEBERES DE LOS FUNCIONARIOS, MALVERSACIÓN DE CAUDALES PÚBLICOS Y FRAUDE; todos en perjuicio de LA ADMINISTRACIÓN PUBLICA, Y LAVADO DE ACTIVOS en perjuicio DE LA ECONOMÍA DEL ESTADO.-

Mismos que una vez habidos deberán ser puestos a la orden de esta Judicatura, a fin de hacerles saber los hechos que versan en su contra, todo con la debida asistencia técnica.

Atentamente;

ABOG. LISSETH VALLECILLO BANEGAS
JUEZ CON JURISDICCION NACIONAL

EBER ZADICK RUIZ BRITO
SECRETARIO

FOLIO No. 2761

Exp: 60-14
Juez: 01                                                                                                       nn

JUZGADO DE LETRAS CON COMPETENCIA TERRITORIAL NACIONAL EN MATERIA PENAL.- A LOS DIECIOCHO DIAS DEL MES DE MAYO DEL AÑO DOS MIL QUINCE.

El Abogado **VICTOR MENDEZ ORDOÑEZ**, Juez de Letras con Competencia Territorial Nacional en Materia Penal, resolviendo el escrito de Personamiento, junto con la copia de Testimonio de Escritura Pública, debidamente cotejada con su original, conferido por el imputado **MARCO ANTONIO JAEN VELASCO**, en la causa que se le instruye por suponerlo responsable de los delitos de **LAVADO DE ACTIVOS**, en perjuicio del **INSTITUTO HONDUREÑOS DE SEGURIDAD SOCIAL Y LA ECONOMÍA DEL ESTADO DE HONDURAS**. Siendo procedente dicha petición, téngase como Apoderado Legal de la imputada en mención al Abogado **PEDRO ANTONIO NUÑEZ VELASQUEZ**, en su condición de Defensor Privado, miembro Inscrito en el Honorable Colegio de Abogados de Honduras bajo el número **10163**, con todas las facultades a él expresamente conferido.- Artículos: 112 del Código Procesal Penal, 80 y 81 del Código Procesal Civil.- **NOTIFIQUESE.-**

ABOG. VICTOR MENDEZ ORDOÑEZ
JUEZ DE LETRAS PENAL COM JURISDICCION NACIONAL

ABOG. DARIELA GARCIA ROSALES
SECRETARIA ADJUNTA



FOLIO No. 37...

EXP. 60-14

**JUZGADO DE LETRAS CON COMPTENCIA TERRITORIAL NACIONAL EN MATERIA PENAL.** A los once días del mes de junio del año mil quince.

La abogada **LISSETH VALLECILLO BANEGAS**, Juez de letras con competencia territorial nacional, resolviendo la solicitud presentada por el Abogado **PEDRO ANTONIO NUÑESZ VELASQUEZ**, en su condición de Defensor Privado, en la causa instruida contra, **MARCO ANTONIO JAEN VELASCO**, a quien se le instruye proceso por el delito de **LAVADO DE ACTIVOS**, en perjuicio de **LA ECONOMIA DEL ESTADO DE HONDURAS**, a fin de que se le extienda copia del expediente de merito No 60-14.- **ESTE JUZGADO RESUELVE: 1.-** Admitir el presente escrito mismo que se manda a agregar a sus antecedentes. **2.-** Siendo procedente dicha petición, que la Secretaría del Juzgado proceda a extender copias Autenticadas que correspondan a la ampliación del Requerimiento que presento la Fiscalía del crimen organizado, a si como la resolución dictada y los anteriores folios librados contra del señor MARCO ANTONIO JAEN VELASCO. Lo anterior en fundamento de lo establecido en el Artículo 140 del Código Procesal Penal. **CUMPLASE.-**

ABOG. LISSETH VALLECILLO BANEGAS
JUEZ DE LETRAS CON COMPETENCIA
TERRITORIAL NACIONAL EN MATERIA PENAL

EBER RUIZ BRITO
SECRETARIO

12:59 PM

Exp. 60-2015
SE PRESENTA PERSONAMIENTO.- ACOMPAÑO DOCUMENTO.

FOLIO No. 2755

JUZGADO DE LETRAS CON COMPETENCIA TERRITORIAL NACIONAL EN MATERIA PENAL.

Yo PEDRO ANTONIO NUÑEZ VELASQUEZ, mayor de edad, casado, Abogado, hondureño, con domicilio en la ciudad de Tegucigalpa, Municipio del Distrito Central, Departamento de Francisco Morazán, inscrito en el Colegio de Abogados de Honduras con el carné numero 04454, con oficina profesional para efectos de notificación en el Edificio "Galerías La Paz", Cubículo 213, avenida La Paz, de esta ciudad, con teléfonos 9929-8227 y 2237-7892 y correo electrónico pnuezvelasquez@yahoo.com, con el acostumbrado respeto comparezco ante Usted Señoría, en mi calidad de Apoderado Legal y Defensor Privado del señor MARCO ANTONIO JAEN VELASCO, mayor de edad, casado, Doctor en Química y Farmacia, de nacionalidad Panameña y con domicilio en la República de Panamá, como así acredito con el Testimonio de la Escritura Pública de Poder General para Pleitos que acompaño debidamente autenticado, PERSONANDOME en las diligencias que se le siguen, por hacerlo responsable de la comisión del DELITO DE LAVADO DE ACTIVOS en perjuicio de la Economía del Estado de Honduras, para la continuación de las diligencias de estilo.- Asimismo, solicitando la autorización de copias del Requerimiento Fiscal presentado por la Fiscalía General de la República, que corre en el expediente numero 60-2015, a expensas del suscrito.

Por lo antes expuesto a la Judicatura pido:
1.- Admitir el presente escrito, junto con el documento que se acompaña y referido en el presente libelo.
2.- Se me tenga por Personado en las diligencias de estilo.
3.- Se autorice la expedición de las copias del expediente de merito y
4.- En definitiva resuelva de conformidad.

Tegucigalpa, M.D.C., 28 de Abril del 2015.

ABG. PEDRO ANTONIO NUÑEZ VELASQUEZ



POLICIA NACIONAL DE HONDURAS
OFICINA CENTRAL NACIONAL
CUARTEL GENERAL DE CASAMATA
**I N T E R P O L**
Tegucigalpa, M.D.C., Honduras, C.A
Apdo. Postal No. 3159
Phone: 222-7955, 238-5198
Telefax: 238-4926
E mail: honduras_interpol@hotmail.com



ORGANIZACION INTERNACIONAL
DE POLICIA CRIMINAL
O. I. P. C. - INTERPOL
Secretaría General Actual
200 Quai Charles de Gaulle
69006 Lyon - France
Tel: (33) 72-44-70-00
Fax: (33) 72-44-71-63
Telefax: OIPC 301987 F

Tegucigalpa, M.D.C.
Mayo 12, 2015.

Oficio OCN-332-2015.

Señor
Juez de Letras Penal con Jurisdicción Nacional
**Abogado: Víctor Méndez Ordoñez**
Su Oficina

Por este medio me dirijo a usted para saludarle muy cordialmente y desearle éxitos en sus delicadas funciones.

El motivo de la presente es para solicitar de su valiosa colaboración y de no mediar inconveniente alguno nos proporcione, **Copia del Requerimiento Fiscal y la copia de la narración de los hechos**, en relación a la orden de captura de ese Juzgado en contra de los señores que detallo a continuación, los cuales se le supone responsables del delito de Lavado de Activos, Violación de los deberes de los funcionarios, malversación de caudales públicos y fraude en perjuicio de la Economía del Estado

1) Marco Antonio Jean Velasco
2) Susette Atuan Rojas
3) Vivian Melissa Juárez Fiallos

Dicha información es solicitada de carácter urgente por esta OCN.

Atentamente.

HUGO SALVADOR VELASQUEZ MORENO
JEFE DIVISION DE INTERPOL

HSVM/SEGURA

U.S. POSTAGE PAID
FCM LG ENV
MANDEVILLE, LA
70471
DEC 26, 18
AMOUNT
**$4.66**
R2303S104369-03

UNITED STATES POSTAL SERVICE
1000
70130-3367

7018 1830 0001 8627 8581

CERTIFIED MAIL®

DR. MARIO ROBERTO ZELAYA ROJAS
CENTRO DE DETENCION PREVENTIVO
1er BATALLON DE INFANTERIA
EL OCOTAL, FRANCISCO MORAZAN
HONDURAS, CENTRAL AMERICA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET, ROOM C-151
NEW ORLEANS, LA 70130