UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 18-86 |
| CARLOS ALBERTO ZELAYA ROJAS | SECTION "F" |

ORDER

IT IS ORDERED: that the government's motion to strike third-party petitions and issue final order of forfeiture, which is set for hearing on January 9, 2019, will be heard on the papers.

New Orleans, Louisiana, January 3, 2019

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE